**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN RE: NOMINATION PETITION OF   : No. 225 EAL 2015
DENNIS LEE AS DEMOCRATIC      :
CANDIDATE FOR OFFICE OF CITY    :
COMMISSIONER                    : Petition for Allowance of Appeal from the
                                 : Order of the Commonwealth Court
                                 :
PETITION OF: DENNIS LEE       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of May, 2015, the Petition for Allowance of Appeal is

**DENIED**.